UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff-Respondent,<br><br>   v.<br><br>ULISES MEDINA,<br><br>   Defendant-Petitioner. | No.  1:18-cr-00153-NONE-SKO-2<br><br>ORDER REQUIRING RESPONSIVE DECLARATION OF COUNSEL REGARDING STATUS OF CASE FILE<br><br>(Doc. No. 53) |

On March 2, 2020, Ulises Medina ("petitioner"), a federal prisoner proceeding *pro se*, filed a motion to vacate, set aside, or correct a sentence ("motion") under 28 U.S.C. § 2255, raising two Sixth Amendment claims of ineffective assistance of his former counsel in this action. (*See* Doc. No. 53.)  Within his § 2255 motion, petitioner separately moves to compel his former counsel, Christopher Martens, to turn over his client file, "including work-product notes and information on investigations conducted by" counsel.  (*Id*. at 22.)  Petitioner represents that his former counsel has "refused" and "failed to turn over [petitioner's] case file," despite petitioner and his family members' alleged repeated requests.  (*Id*. at 18-19, 20, 22.)

California Rule of Professional Conduct 1.16 and case law require attorneys to promptly surrender client materials and property to the client upon the client's request.  *See, e.g., Rose v. State Bar*, 49 Cal. 3d, 646 (1989).  Accordingly, the court will order petitioner's former counsel

1

to file a responsive declaration addressing the status of petitioner's request for his case file.

On or before **August 17, 2020**, attorney Christopher Martens is directed to file and serve a declaration detailing the status of any request made by petitioner for his case file.

In an abundance of caution, in addition to electronic service, the Clerk of Court is directed to serve a hard copy of this order on attorney Martens at his address of record.

IT IS SO ORDERED.

Dated:   **July 29, 2020**                              /s/ Dale A. Drozd
                                                                  UNITED STATES DISTRICT JUDGE