UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 1:18-cr-00153-NONE-SKO-2 |
| Plaintiff-Respondent, | |
| v. | <u>ORDER SETTING BRIEFING SCHEDULE</u> |
| ULISES MEDINA, | (Doc. No. 53) |
| Defendant-Petitioner. | |

      On March 2, 2020, Ulises Medina ("petitioner"), a federal prisoner proceeding *pro se*, filed a motion to vacate, set aside, or correct a sentence under 28 U.S.C. § 2255 ("§ 2255 motion"), raising two Sixth Amendment claims of ineffective assistance of trial counsel. (*See* Doc. No. 53.) Within his § 2255 motion, petitioner separately moved to compel his trial counsel, Christopher Martens, Esq., to turn over his client file; however, petitioner has now withdrawn that motion after being served a copy of his counsel's responsive declaration. (Doc. Nos. 53 at 18–19, 20, 22; 67.) Petitioner states that the "issues regarding [his] attorney have been resolved," and he no longer seeks to amend his petition. (Doc. No. 67.)

      Having preliminarily reviewed petitioner's § 2255 motion, the court finds that its decision making would be aided by the filing of a response by the United States.

/////

Accordingly, the court ORDERS as follows:

1. The order to show cause (Doc. No. 66) is DISCHARGED, and petitioner's motions to compel production and to amend, contained within his § 2255 motion (Doc. No. 53), are withdrawn;
2. The government shall file a response to petitioner's § 2255 motion by <u>May 4, 2021</u>; and
3. Petitioner shall file a reply, if any, no later than <u>July 18, 2021</u>.

IT IS SO ORDERED.

Dated: **February 22, 2021**

_____
UNITED STATES DISTRICT JUDGE