IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                  Plaintiff,<br><br>    v.<br><br>ULISES MEDINA,<br><br>                  Defendant. | NO. 1:18-CR-00153-NONE-SKO<br><br><u>ORDER GRANTING MOTION FOR EXTENSION OF TIME</u> |

    On May 4, 2021, the United States requested a 14-day extension of time to file its response or opposition to Defendant Ulises Medina's motion to vacate, set aside, or correct a sentence.

    IT IS HEREBY ORDERED that the United States' request for a 14-day extension if GRANTED. The United States shall file its opposition no later than May 28, 2021. Defendant Medina shall file a reply, if any, no later than August 2, 2021.

IT IS SO ORDERED.

Dated: __**May 6, 2021**__                               _/s/ Dale A. Drozd_
                                                               UNITED STATES DISTRICT JUDGE